# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     CRIMINAL NO. 19-192 |
| RANDY LEE SWACKHAMMER | : |

## ORDER

AND NOW, this _____ day of _____ 2021, upon consideration of the Government's motion, and after balancing the public right of access to court documents with ensuring the confidentiality of an ongoing criminal investigation and the safety of cooperating witnesses, it is hereby **ORDERED** that the within motion and accompanying documents are impounded until further order of this Court. The Clerk of Court is directed to make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to the parties.

BY THE COURT:

_____
HON. MARK A. KEARNEY
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-192 |
| RANDY LEE SWACKHAMMER | : | |

## GOVERNMENT'S MOTION TO IMPOUND

The United States of America, by and through its attorneys, Jennifer A. Williams, Acting United States Attorney in and for the Eastern District of Pennsylvania, and Debra Jaroslawicz, Trial Attorney for the Department of Justice, Criminal Division, Fraud Section, moves to impound the within documents and related docket entries, and in support of its Motion states as follows:

1. The within Motion is a document which, if made public would jeopardize the government's interest in protecting a cooperating witness, and would jeopardize an ongoing criminal investigation.

2. Although the public has a common law right of access to judicial proceedings and papers, matters relating to protecting cooperating witnesses and not jeopardizing an ongoing criminal investigation are traditionally conducted ex parte and in camera, with deference to the government's determination that investigative matters should be sealed.

3. Accordingly, balancing the public's right of access to judicial documents with the government's interest in protecting cooperating witnesses and not jeopardizing an ongoing criminal investigation, the government respectfully requests that the government's Motion be granted. The government further requests that the Clerk of Court be directed to

make no public docket entry of the sealed documents and motion and order to seal, and to provide copies of all sealed documents only to the parties.

                                                        Respectfully submitted,

                                                        Jennifer A. Williams
                                                        *Acting U.S. Attorney*

                                                        */s/ Debra Jaroslawicz*
                                                        Debra Jaroslawicz
                                                        *Trial Attorney*
                                                        *U.S. Department of Justice*